UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 APR -7 AM 11:04

'08 MJ 1062

DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. _____ |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | |
| **Josue Martin MARTINEZ** ) | Title 8, U.S.C., Section |
| ) | 1324(a)(2)(B)(iii)- |
| Defendant. ) | Bringing in an Illegal Alien |
| ) | Without Presentation |
| ) | |

The undersigned complainant being duly sworn states:

On or about **April 4, 2008**, within the Southern District of California, defendant **Josue Martin MARTINEZ**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Elva LOPEZ-Martinez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF
**APRIL, 2008**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Fernando Cerda, declare under penalty of perjury the following to be true and correct:

The complainant states that **Elva LOPEZ-Martinez** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 04, 2008, at approximately 12:28 AM, **Josue Martin MARTINEZ (Defendant)** made application for admission into the United States from Mexico at the Otay Mesa Port of Entry. Defendant was the driver and sole visible occupant of a black Ford F-250 truck. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented his State of California Identification Card and a State of California Certificate of Birth. Defendant gave a negative Customs declaration; furthermore, he denied ownership of the vehicle. The Inspecting Officer noticed one key to the vehicle and felt that the gas tank tapped solid. Defendant and vehicle were referred to secondary for a more thorough inspection.

In secondary, a CBP Officer conducted a search of the vehicle and discovered a female concealed in a compartment under the rear seat. The female was removed from concealment and identified as **Elva LOPEZ-Martinez**, a citizen of Mexico with no entitlements to enter the United States. She was retained as a material witness.

During a videotape proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted knowledge of the concealed alien. Defendant admitted he was going to receive $400.00 USD to deliver the vehicle and alien to Chula Vista, California. Defendant stated that once he entered the United States he was going to take the I-5 Freeway, exit on E Street and wait at the Denny's parking lot for other smugglers to make contact with him.

During a separate videotape interview, Material Witness declared she is a citizen of Mexico who has no legal right or benefit to enter the United States. Material Witness stated she was going to Los Angeles, California to resume residence and employment. Material Witness stated her cousin was going to pay $2,000.00 USD to an unknown person upon her arrival to Los Angeles.

EXECUTED ON THIS 04th DAY OF APRIL 2008 AT 4:00 PM.

_____
Fernando Cerda / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on April 04, 2008 in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE            4-5-08 @ 11:10 a.m.
                            DATE / TIME