UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Josue Martin Martinez ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08MJ1062 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, __RUBEN B. BROOKS__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Elva Lopez-Martinez

DATED: 4/15/08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by
Deputy Clerk